UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In re:

                                  Case No. 20-47011 tjt

  CLAUDIA E. GUTIERREZ
  PRIMITIVO GUTIERREZ

              Debtor.                Chapter 13

## WITHDRAWAL OF PROOF OF CLAIM #20

    Ascott Home Services LLC, through its counsel, Drew S. Norton, PC,

WITHDRAWS claim No.20 as duplicative.


Dated: December 1, 2022                        */s/ Drew S. Norton*
                                                      Drew S. Norton (P41847)
                                                      1700 W Big Beaver Rd, Suite 220
                                                      Troy, MI 48084
                                                      (248) 797-4013
                                                      drew@drewnortonlaw.com
                                                      Counsel for Ascott Home Services